# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**  Case No.: 3:20-cr-00491-SI
    Plaintiff,

v.

**DAVID A. SHELOFSKY**
    Defendant.

### Criminal Case Assignment Order

**1. Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge .......................... Hon. Michael H. Simon
> Presiding Judge's Suffix Code*............................... SI
>
> *These letters must follow the case number on all future filings.

**2. Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

    Mary Austad
    Telephone: 503-326-8034
    Email: mary_austad@ord.uscourts.gov

**3. Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

    Telephone: 503-326-8050

**4. Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3-1, LR 5-5.)

**5. District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:** October 20, 2020          **MARY L. MORAN**
                                                 **Clerk of Court**

                                           by: /s/ P. Scheneman
                                                 P. Scheneman, Deputy Clerk