Ronald H. Hoevet, OSB #751746
HOEVET OLSON HOWES, PC
1000 SW Broadway, Suite 1740
Portland, Oregon 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
Email: ron@hoevetlaw.com

    Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID AARON SHELOFSKY,<br><br>    Defendant. | Case No. 3:20-CR-00491-SI<br><br>DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHTS |

    Defendant, David Shelofsky, through his attorney Ron Hoevet, hereby waives speedy trial through August 26, 2021. The undersigned counsel has conferred with Mr. Shelofsky regarding his right to a speedy trial. Mr. Shelofsky agrees to waive speedy trial through his change of plea hearing date of August 26, 2021, pursuant to 18 U.S.C. § 3161 *et seq.*

    DATED this 28th day of June, 2021.

                                  HOEVET OLSON HOWES, PC

                                  *s/ Ronald H. Hoevet*
                                  Ronald H. Hoevet, OSB #751746
                                  Of Attorneys for Defendant

Page 1 - DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHTS

HOEVET OLSON HOWES, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497